## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **MOHAMMED SHAH ALAM KADIR,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 07-00036-CB-B |
| **DAVID O. STREIFF,** *et al.*, | : |
| Respondents. | : |
| | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that this action be and is hereby dismissed as moot.

DONE this 18th day of May 2007.

s/Charles R. Butler, Jr.
**SENIOR UNITED STATES DISTRICT JUDGE**